THE STATE, JAMES PARKER, PROSECUTOR, v. THE MER-
CANTILE SAFE DEPOSIT COMPANY.

Submitted March 23, 1899—Decided June 12, 1899.

The adjournment of a cause in a Justice's Court after its trial has begun
and witnesses have been examined on the merits, is illegal. By such
an adjournment the justice loses jurisdiction of the cause, and subse-
quent proceedings therein by him are *coram non judice* and void.

On *certiorari.*

Before Justices DEPUE, VAN SYCKEL and GUMMERE.

For the prosecutor, *James Parker.*

The opinion of the court was delivered by

GUMMERE, J. This writ brings up for review a judgment
rendered against the prosecutor in a Court for the Trial of
Small Causes, held before a justice of the peace of Middle-
sex county. The judgment is clearly invalid. The return
made by the justice shows that, after the trial of the cause
had been begun before him and all the witnesses produced
upon the part of the plaintiff had been examined and the
plaintiff's case rested, and a motion to nonsuit had been
made by the prosecutor and refused, an application was made
by the plaintiff for an adjournment; that this application was
granted and an adjournment made, and that such adjourn-
ment was against the protest of the prosecutor. The return
further shows that upon the adjournment day and in the
absence of the prosecutor the justice resumed the trial of the
cause, and at its conclusion gave judgment for the plaintiff.

Ever since the decision of the cases of *Andrews* v. *Wright,*
*Penn.* 280, and *Stretch* v. *Forsyth, Id.* 713, it has been en-
tirely settled that a justice of the peace cannot adjourn a
cause after its trial has begun and witnesses have been exam-
ined upon the merits. If he does so he loses jurisdiction of

the case, and a judgment subsequently rendered by him is *coram non judice* and void.

The legality of a judgment so rendered against a defendant may be contested by him either by an appeal to the Court of Common Pleas or in this court on *certiorari*, as he may elect. *Ritter* v. *Kunkle*, 10 *Vroom* 259; *Drake* v. *Berry*, 13 *Id.* 60; *Hillman* v. *Stanger*, 20 *Id.* 191; *Illingworth* v. *Rich*, 29 *Id.* 507; *Watson* v. *Plainfield*, 31 *Id.* 260.

The judgment will be set aside, with costs to the prosecutor,